United States Court of Appeals
Fifth Circuit

**F I L E D**

February 19, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-41696
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN JIMENEZ-VELASCO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-509-ALL
--------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Juan Jimenez-Velasco appeals his convictions, following a jury trial, of possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B). The district court sentenced Jimenez to a 78-month prison term and a five-year supervised-release term.

Jimenez contends that the trial evidence was insufficient to support the knowledge element of his conviction. Given that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jimenez made a false statement to border patrol agents concerning his citizenship and that there was approximately $811,000 of drugs found in the rig, the evidence, viewed in the light most favorable to the verdict, was sufficient for a jury to reasonably infer Jimenez's guilty knowledge.  See United States v. Ramos-Garcia, 184 F.3d 463, 465-66 (5th Cir. 1999); United States v. Villareal, 324 F.3d 319, 324 (5th Cir. 2003); United States v. Jones, 185 F.3d 459, 464 (5th Cir. 1999).

Jimenez's conviction is AFFIRMED.